No. 4649.—PUEBLO, apldo., *v.* VIDAL Y CASADO, apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮▮▮ Febrero 8, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por los motivos consignados en la opinión emitida en el caso criminal número 4648, *El Pueblo de Puerto Rico* v. *Juan Vidal y Dolores Casado,* resuelto en el día de hoy, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan con fecha 17 de junio de 1931, y se absuelve a los acusados.[1]

---

[1] Los Jueces Presidente Sr. del Toro y Asociado Sr. Hutchison, disintieron.